IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO

                          JUDGE PHILIP A. BRIMMER

                            COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 13, 2012 |
| Court Reporter: Janet Coppock | Time: 48 minutes |
| Probation Officer: Susan Heckman | Interpreter: Cathy Bahr |

**CASE NO. 11-CR-0-0147-PAB-03**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Zeke Knox |
| Plaintiff, | |
| vs. | |
| **3. PEDRO CARRERA-CHAVEZ,** | Darlene Bagley |
| Defendant. | |

                                SENTENCING

**10:03 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objections to the presentence investigation report.

Argument by Ms. Knox in support of the Government's Title 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance.

Comments by Ms. Bagley.

Court states its findings and conclusions.

**ORDERED:** Government's Title 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc #134) is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **January 6, 2012** to count **Two of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **57** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in California.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

      (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

      ()    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
      (**X**)    If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion Regarding Acceptance of Responsibility (Doc #132) is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Count of the Indictment (Doc #133) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:51 a.m.**    **COURT IN RECESS**

**Total in court time:**    48 minutes

**Hearing concluded**